GOLDSMITH & HULL/Our File #:599706
A Professional Corporation
Michael L. GOLDSMITH  (SBN 291700)
16933 PARTHENIA STREET
NORTHRIDGE, CALIFORNIA 91343
Tele: (818) 990-6600  Fax : (818) 990-6140
**govdept1@goldsmithcalaw.com**

ATTORNEYS FOR PLAINTIFF

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT NO.** ACV99-05106 |
|  ) | |
|     Plaintiff, ) | |
|  ) | **SATISFACTION OF JUDGMENT** |
| VS. ) | |
|  ) | |
| LYDIA M. ESTRADA AKA LYDIA ) | |
| ESTRADA ) | |
|     Defendant. ) | |
|  ) | |

TO THE ABOVE-ENTITLED COURT:

Satisfaction is hereby acknowledged of said judgment, entered on May 15, 2001, in favor of the United States of America, and against LYDIA M. ESTRADA AKA LYDIA ESTRADA and the Clerk is hereby authorized and directed to enter a Full Satisfaction of record in the said action.

DATED: November 1, 2017                    GOLDSMITH & HULL, P.C.

                                    /S/
                                    Michael L. Goldsmith
                                    ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING

I Sonia Molina, declare:

That I am employed in the LOS ANGELES COUNTY, CA; that my business address is 16933 PARTHENIA STREET, NORTHRIDGE, CALIFORNIA 91343; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by GOLDSMITH & HULL, P.C. who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of SATISFACTION OF JUDGMENT, addressed to:

LYDIA M. ESTRADA, et al.
*** ****** ***
Santa Paula CA *****

at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on November 1, 2017 at NORTHRIDGE, CALIFORNIA.

I certify under penalty of perjury that the foregoing is true and correct.

 /S/
Sonia Molina